UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M.,<br><br>                               Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                               Defendant. | Case No.: 21-cv-01501-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND TO AGENCY PURSUANT TO SENTENCE FOUR OF 42 U.S.C. SECTION 405(g) AND ENTRY OF JUDGMENT**<br><br>**[ECF No. 22]** |

Before the Court is the parties' Joint Motion for Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment. (ECF No. 22.) Good cause appearing, the Joint Motion is **GRANTED**. Accordingly, the above-captioned matter is remanded to the Social Security Administration ("SSA") for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the SSA will vacate the decision of the Administrative Law Judge ("ALJ") and remand the case to the ALJ to re-evaluate the evidence and issue a new decision.

///

1 | The Clerk of Court shall enter final judgment in favor of Plaintiff, and against
2 | Defendant, reversing the final decision of the Commissioner.
3 | **IT IS SO ORDERED.**
4 | Dated: October 7, 2022

Hon. Jill L. Burkhardt
United States Magistrate Judge